## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JEREMY DAVID GROSS, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:07-cv-547-RLY-WTL |
| | ) | |
| STANLEY KNIGHT, Superintendent, | ) | |
| | ) | |
| Respondent. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: _8/31/07_____

Laura Briggs, Clerk
United States District Court


Deputy Clerk, U.S. District Court


RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jeremy David Gross
DOC # 966498
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Kelly A. Miklos
OFFICE OF THE INDIANA ATTORNEY GENERAL
kelly.miklos@atg.in.gov